# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACK MASSEY, Jr.** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1936 |
| v. | : | (JUDGE MANNION) |
| **LAUREL HARRY**, *et al.*, | : | |
| Defendants | : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. 18) is **GRANTED.** Judgment is hereby entered in favor of all Defendants and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable case and not taken in good faith. *See* 28 U.S.C. §1915(a)(3).

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 4, 2020**
1936-01-ORDER